**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-mj-8499-WM**

**UNITED STATES OF AMERICA**

**v**

**TOMAS DANIEL MAGZUL AJU,**
                **Defendant.**
_____/

FILED BY_____SW_____D.C.

Jun 28, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**<u>CRIMINAL COVER SHEET</u>**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

JASON REDING QUIÑONES
UNITED STATES ATTORNEY

By:  *Violette Bishai*

VIOLETTE BISHAI
Assistant United States Attorney
Florida Bar No. 1044298
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Violette.Bishai@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tomas Daniel Magzul Aju, | ) | Case No. 26-mj-8499-WM |
| | ) | |
| | ) | |
| | ) | |

_____
*Defendant*

```
FILED BY_____SW_____D.C.

        Jun 28, 2026

       ANGELA E. NOBLE
     CLERK U.S. DIST. CT.
     S. D. OF FLA. -  WPB
```

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____June 26, 2026____ in the county of ____Palm Beach____ in the
____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2) | Attempted Sex Trafficking of a Child |
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

EVAN J POGGE   Digitally signed by EVAN J POGGE
Date: 2026.06.28 13:10:58 -04'00'

_____
*Complainant's signature*

Evan Pogge, Special Agent HSI
_____
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date: ____June 28, 2026____

_____
*Judge's signature*

City and state: ____West Palm Beach, FL____    William Matthewman, Chief U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Evan J. Pogge, Special Agent of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), having been duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since August 2025, and am currently assigned to HSI Office of the Assistant Special Agent in Charge West Palm Beach, Florida. I am authorized to investigate crimes involving violations of Title 18, Title 8, Title 19, and Title 21 of the United States Code. I have attended and successfully completed the Criminal Investigator Training Program (CITP) located at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia and the Homeland Security Investigations Special Agent Training (HSISAT) in Charleston, South Carolina. These training courses have provided me with over 600 hours of law enforcement investigative training. I have received training relating to the trafficking in persons, including sex trafficking, and other offenses.

2.      Among my responsibilities as a Special Agent are investigating crimes related to human trafficking and crimes against children, particularly offenses involving enticement of and exploitation of children, including but not limited to matters related to the sexual exploitation of minors. I have attended specialized training in this area of law enforcement, and have participated in investigations of human trafficking, child exploitation, and child pornography. Many of these investigations have required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies.

3.      From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage, and slavery. Victims are often trafficked by force, fraud, and or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591, 1594 and 18 U.S.C. §§ 2422(b).

4.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging **Tomas Daniel MAGZUL AJU** ( "MAGZUL AJU") with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2); and attempted coercion and enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b).

5.      This affidavit is based on my firsthand knowledge of the investigation as well as information obtained from other members of law enforcement involved in the investigation. This affidavit does not include every fact known to me about the investigation, but rather only those facts I believe are sufficient to establish probable cause.

## STATEMENT OF FACTS

6.      Beginning on or about June 2026, law enforcement agents posted an undercover advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement indicated that the user advertising was in the area of West Palm Beach, Florida. The Advertisement contained an image of what appeared to be a young female and the following language:

> Petite, Hot and Ready **Incall/Car Dates**
> Age: 35
> I am: a woman

---

[1] Based on my training and experience, I know that the internet is a global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Florida.

I see: men only
Fun sized and ready to play.
No Cops! No Games! Serious Only!
Call or Text
Se habla Espanol

7.      The Advertisement indicated that the person who would perform commercial sex acts is 35 years old.[2] The Advertisement depicted a photo of a petit, thin, female body, with her face out of the full frame.   The Advertisement also contained a contact phone number (the "Advertisement Number") for potential targets interested in commercial sex acts. Law enforcement agents monitored the line. When a potential target engaged with the Advertisement Number, an undercover agent ("UC") would respond and communicate with potential sex buyers, including MAGZUL AJU.

8.      On June 26, 2026, MAGZUL AJU contacted the Advertisement Number via text message using a phone number ending in 8594. On the other end of the Advertisement Number was UC1. MAGZUL AJU and the UC1 discussed exchanging sexual act for money. Below is the text conversation in Spanish with an English translation.

[This space left intentionally blank]

---

[2] Law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

3

| Direction | Content |
| --- | --- |
| MAGZUL AJU | Hola disculpa quiero un servicio cuando cobra |
| UC1 | 120 por 15 mins |
| MAGZUL AJU | Pero como yego |
| MAGZUL AJU | Yo quiero el servicio |
| UC1 | ella esta lista mi amor ella es joven no se si es algo que te guste |
| MAGZUL AJU | Si quiero el servicio |
| UC1 | ok ella tiene 15 pero con mucha experiencia mi amor y limpia pero no hace todo asi que solo quiero saber que quieres |
| MAGZUL AJU | Bueno amor yo quiero un servicio sexual ono dan ese servicio |
| UC1 | si mi amor solo pregunto si quieres algo especifico anal porque ella no hace todo |
| MAGZUL AJU | Ok yo quiero la concha y el chiquito amor |
| MAGZUL AJU | Cuanto cobra por media ora |
| UC1 | 160 mi amor |
| UC1 | tengo que hacer un video llamada para confirmar que no eres policia |
| MAGZUL AJU | Ok amor orita boy pala casa mebaño y te llamo si estas dia cuerdo |
| UC1 | claro mi vida me mandas mensaje y yo te llamo si no esta ocupada |
| MAGZUL AJU | Ok |
| MAGZUL AJU | Amor estas disponible |
| UC1 | hola amor te puedo llamar en 5 mins ? |
| MAGZUL AJU | Yo ya estoy listo |
| MAGZUL AJU | Ok |
| UC1 | por adonde te llamo |
| UC1 | facetime ? |
| MAGZUL AJU | Pues en washapp |
| UC1 | ok amor dame unos mins |

## Original Spanish Conversation

| Direction | Content |
| --- | --- |
| MAGZUL AJU | Hi excuse me I want a service how much do you charge |
| UC1 | 120 for 15 mins |
| MAGZUL AJU | But how do I get there |
| MAGZUL AJU | I want the service |
| UC1 | she is ready my love she is young I don't know if that's something you like |
| MAGZUL AJU | I only want the service |
| UC1 | ok shes 15 but with a lot of experience my love and she is clean but she doesn't do everything so I want to know what you want |
| MAGZUL AJU | good love I want a sexual service or do you not do that service |
| UC1 | yes my love I only ask if you want something specific anal because she doesn't do everything |
| MAGZUL AJU | ok I want the pussy and ass love |
| MAGZUL AJU | how much do you charge for half hour |
| UC1 | 160 my love |
| UC1 | I have to do a video call to confirm you're not the police |
| MAGZUL AJU | ok my love later im going home to shower and I'll call you if you agree |
| UC1 | of course dear send me a message and I'll call you if you are not busy |
| MAGZUL AJU | ok |
| MAGZUL AJU | love are you available |
| UC1 | hi love can I call you in 5 mins? |
| MAGZUL AJU | I'm ready |
| MAGZUL AJU | ok |
| UC1 | how do I call you |
| UC1 | facetime? |
| MAGZUL AJU | then whatsapp |
| UC1 | ok love give me a few mins |

## English Translation

4

9.      During the text exchange, MAGZUL AJU and UC1 agreed to a video call. UC1 video called MAGZUL AJU by calling the number ending in 8594. MAGZUL AJU virtually met UC1 and a fictious 15-year-old (UC2).[3] During the call, UC1 and MAGZUL AJU discussed that it would be UC2 performing the commercial sex acts.

10.     UC1 informed MAGZUL AJU that UC2 was 15 years old and that MAGZUL AJU could not leave marks or bruises on UC2. MAGZUL AJU acknowledged these admonishments by stating he was not that kind of person. MAGZUL AJU and UC1 agreed that MAGZUL AJU would meet UC1 and UC2 at a pre-determined location in Palm Beach County, Southern District of Florida, later that day.

11.     At approximately 7:30 PM on June 26, 2026, MAGZUL AJU arrived at the agreed upon location and was instead met with law enforcement.

12.     A search incident to arrest revealed $300 and an Android Cellular Telephone on MAGZUL AJU's person. Law enforcement called the 8594 and the phone found in MAGZUL AJU's possession rang.

13.     MAGZUL AJU was transported to a different location where he was interviewed. MAGZUL AJU was advised of his *Miranda* rights in his native Spanish language and agreed to speak with law enforcement.

14.     During the post-*Miranda* interview, MAGZUL AJU admitted to traveling to meet the 15-year-old girl for vaginal and anal sex. MAGZUL AJU acknowledged that the chats presented above belonged to him (MAGZUL AJU).

---

[3] UC2 is an adult that was posing in an undercover capacity as a 15-year-old teenager.

## CONCLUSION

15.     Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging MAGZUL AJU with: (1) Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2); and (2) Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. §§ 2422(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT

EVAN J POGGE  Digitally signed by EVAN J POGGE
Date: 2026.06.28 13:11:41 -04'00'

Evan Pogge
Special Agent
Homeland Security Investigations

Sworn and attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  28th  day of June, 2026.

WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   TOMAS DANIEL MAGZUL AJU

**Case No**:   26-mj-8499-WM

Count 1: Attempted Sex Trafficking of a Child

18 U.S.C. §§ 1594(a), 1591(a)(1), and 1591(b)(2)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life
* **Max. Fine:** $250,000
* **Special Assessment**: $100.00

Count 2: Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity

18 U.S.C. § 2422(b)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life
* **Max. Fine:** $250,000
* **Special Assessment**: $100.00

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**